**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **SYLVESTER ROGERS, JR,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **C.A. NO. C-07-410** |
| | § | |
| **NUECES COUNTY, ET AL.,** | § | |
| **Defendants.** | § | |

## ORDER SETTING DEADLINES

The following deadlines are set:

1.    Discovery ends **Monday, June 2, 2008.**

2.    Expert witnesses must be designated by **Friday, April 4, 2008.**  For any expert

designated, a report in compliance with Fed. R. Civ. P. 26(a)(2)(B) must accompany

the designation.   Responsive experts are due twenty days prior to the close of

discovery.

3.    Dispositive motions are due **Monday, June 9, 2008.**   Responses to dispositive

motions are due thirty days after receipt of a copy of the opposing party's dispositive

motion.

4.    If no dispositive motions are filed, the parties' joint pretrial order is due **Monday,**

**July 7, 2008.**   If any party files a dispositive motion, the parties' joint pretrial order

is due **thirty days** after the entry of the order resolving such motion.   Defendants will

be responsible for the filing of the joint pretrial order, executed by the party *pro se* or

the attorney-in-charge, and conforming fully with the form set out in Appendix B of

the Local Rules of the Southern District of Texas (2000).  Defendant shall allow all parties at least **twenty (20) working days** for review and contribution.  A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures.  Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place.  Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.  The Clerk shall mail to plaintiff a copy of the form appearing at Appendix B of the Local Rules.

5.      Leave of court is required to amend pleadings or to join additional parties.

ORDERED this 8th day of February, 2008.

                         _____
                         B. JANICE ELLINGTON
                         UNITED STATES MAGISTRATE JUDGE