UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SYLVESTER ROGERS, JR., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-410 |
| | § | |
| NUECES COUNTY, *et al*, | § § | |
| Defendants. | § § | |

# ORDER DENYING MOTION FOR A COPY OF PLAINTIFF'S MEDICAL RECORDS

Plaintiff has filed another motion requesting copies of his medical records (D.E. 37). Both counsel in this case have filed statements that they have forwarded plaintiff's medical records to him. It appears that the correspondence may have crossed in the mail. Plaintiff's motion (D.E. 37) is denied without prejudice. Plaintiff may re-file his motion if he has not received copies of the records within ten days.

ORDERED this 13th day of February, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE