UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SYLVESTER ROGERS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-410 |
| | § | |
| NUECES COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KAREN NEAL

On October 16, 2008, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that plaintiff's motion for entry of default and for default judgment (D.E. 70) be denied. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The card has not been returned by plaintiff nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's motion for entry of default and for default judgment is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 21st day of November, 2008.

_____
Janis Graham Jack
United States District Judge